Gerald L. DAVID, Sr., Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7040.

United States Court of Appeals,
Federal Circuit.

March 26, 2004.

Lisa B. Donis, Princial Attorney, William F. Ryan, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of Gerald R. David, Sr.'s unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Mark R. LIPPMAN, Petitioner–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7031.

United States Court of Appeals,
Federal Circuit.

March 26, 2004.

Phyllis Jo Baunach, Principal Attorney, Michael J. Timinski, David M. Cohen, Michelle D.D. Bernstein, James M. Kinsella, of Counsel Attorney, Washington, DC, for Respondent–Appellee.

Mark R. Lippman, Principal Attorney, La Jolla, CA, for Petitioner–Appellant.

ON MOTION

*ORDER*

Upon consideration of Mark R. Lippman's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.